UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Int'l Brotherhood of Electrical Workers
Local 595 Health & Welfare Trust Fund, et al.
                  Plaintiff(s),

                  v.

BCS Insurance Company; et al.

                  Defendant(s).
_____/

CASE NO. C05-3189 JCS

STIPULATION AND [~~PROPOSED~~]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE)   (ADR L.R. 5)
    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
✔    Private ADR (*please identify process and provider*) _____

The parties have agreed to binding arbitration before the American Arbitration Association under the Commercial Arbitration Rules.

The parties agree to hold the ADR session by:
    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

✔    other requested deadline  April 18, 2006

Dated: 11/18/2005                                    /s/ Philip C. Monrad
                                                                 Attorney for Plaintiff

Dated: 11/18/2005                                    /s/ Gayle I. Jenkins
                                                                 Attorney for Defendant

**[PROPOSED] ORDER**

    Pursuant to the Stipulation above, the captioned matter is hereby referred to:
        Non-binding Arbitration
        Early Neutral Evaluation (ENE)
        Mediation
✔       Private ADR

    Deadline for ADR session
        90 days from the date of this order.
✔       other   April 18, 2006

IT IS SO ORDERED.

Dated: November 22, 2005

                                                Joseph C. Spero
                                         UNITED STATES MAGISTRATE JUDGE