United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 595 HEALTH & WELFARE TRUST FUND, ET AL., <br><br> Plaintiff(s), <br><br> v. <br><br> BCS INSURANCE COMPANY, <br><br> Defendant(s). _____/ | Case No.  C05-3189 JCS <br><br> **ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

On December 6, 2005, the parties filed a Joint Case Management Conference Statement requesting that the initial case management conference, currently set for December 9, 2005, at 1:30 p.m., be continued to May 12, 2006, at 1:30 p.m., pending the outcome of the binding arbitration.

IT IS HEREBY ORDERED that the initial case management conference shall be continued to **May 12, 2006, at 1:30 p.m.** The joint case management conference statement shall be due by **May 5, 2006.** The parties shall notify the Court if the case settles at the mediation.

IT IS SO ORDERED.

Dated: December 7, 2005

_____
JOSEPH C. SPERO
United States Magistrate Judge