PHILIP C. MONRAD, Cal. Bar No. 151073
PETER W. SALTZMAN, Cal. Bar No. 169698
LEONARD CARDER, LLP
1330 Broadway, Suite 1450
Oakland, CA 94612
Tel: (510) 272-0169
Fax: (510) 272-0174
pmonrad@leonardcarder.com
pwsaltzman@leonardcarder.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

INTERNATIONAL BROTHERHOOD OF )
ELECTRICAL WORKERS LOCAL 595 )
HEALTH & WELFARE TRUST FUND; )
VICTOR UNO and DON CAMPBELL, in their )
capacities as Trustees of the LOCAL 595 )
HEALTH & WELFARE TRUST FUND, )
                                                      )
        Plaintiffs, )
v. )
   )
BCS INSURANCE COMPANY; and DOES 1- )
10, inclusive, )
   )
        Defendants. )
_____ )

Case No. C05-03189 JCS

**STIPULATION AND ORDER DISMISSING COMPLAINT WITH PREJUDICE**

      IT IS HEREBY STIPULATED by and between the parties to this action that the entire action be and hereby is discharged and dismissed, with prejudice, pursuant to FRCP 41(a)(1), and that all parties shall bear their own attorney fees and costs. This dismissal with prejudice encompasses any and all claims, demands, causes of action asserted (or which could be asserted)

1
STIPULATION OF DISMISSAL

against BCS Insurance Company in this action, or arise out of the subject matter of this action.

Dated: June 14, 2006                LEONARD CARDER LLP


By //s// Peter W. Saltzman
   Peter W. Saltzman
   Attorneys for Plaintiffs


Dated: June 14, 2006                THELEN REID & PRIEST LLP


By //s//Gayle I. Jenkins
   Gayle I. Jenkins
   Attorneys for Defendant


### ORDER

Pursuant to the Stipulation of the parties, the above entitled action is hereby dismissed with prejudice, with all parties to bear their own attorney's fees and costs.

Dated: June 14, 2006



UNITED STATES DISTRICT COURT JUDGE
Judge Joseph C. Spero

